UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**Plaintiff**
    JIMLAR CORPORATION d/b/a
    THE FRYE COMPANY
    -v-

GMA ACCESSORIES, INC.

**Defendant**

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _JIMLAR CORPORATION d/b/a THE FRYE COMPANY_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NOT APPLICABLE



Date: 10/2/07

Signature of Attorney

Attorney Bar Code: RE 8941

Form Rule7_1.pdf