**AGENCY AFFIDAVIT**
**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL.#212-760-2300, FAX#212-760-00188**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIMLAR CORPORATION

VS.                       INDEX#07CIV8622

GMA ACCESSORIES, INC.

---

State of New York, County of New York, SS:

    JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years, is not a party to this action and is a resident of New York State.
    On **OCTOBER 11/07 AT 1:50P.M.** at:
**1 EAST 33RD STREET, 9TH FLOOR**
**NEW YORK, N.Y. 10016** Deponent served the annexed:
**SUMMONS IN A CIVIL ACTION,**
**COMPLAINT FOR DECLARATORY JUDGMENT;**
**INDIVIDUAL PRACTICES OF JUDGE EATON;**
**INDIVIDUAL PRACTICES OF JUGE STEIN,**

on **GMA ACCESSORIES, INC.**
by delivering thereat a true copy to SADIA PANCHAM (EXECUTIVE ASST. TO CEO)

personally; who represented to deponent that (s)he was authorized to accept service of process on behalf of GMA ACCESSORIES, INC..

    Deponent describes the individual served as follows:
Sex/Race(skin color): FEMALE/BROWN
Hair/ Approximate Age: DARK RED./35-45 YRS.
Approximate height/Approximate weight: 5'7"/130 LBS.

300/
PS10-07-55
sworn to before me this
11 day -of October/07

*Julius D. Ringelheim*

[Notary Seal: JULIUS D. RINGELHEIM, NO. 01RI4887686, QUALIFIED IN QUEENS COUNTY, COMMISSION EXP. 3/23/11, NOTARY PUBLIC STATE OF N.Y.]

*Jack Johnson*
Process License
# 1181702