UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JIMLAR CORPORATION d/b/a
THE FRYE COMPANY.

      Plaintiff-Counterclaim-defendant,

                                   **RULE 7.1 STATEMENT**

                                   Civil Action No.:  07CV8622 (SHS)

  - against -

GMA ACCESSORIES, INC.,

      Defendant–Counterclaimant,
------------------------------------------------------------------X


      Pursuant to Local Civil Rule 7.1, to evaluate possible disqualification or recusal, the undersigned counsel for GMA ACCESSORIES, INC. (a private non-govermental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    None.


DATE: New York, New York
        October 31, 2007

                                    _____
                                    JOHN P. BOSTANY (JB-1986)
                                    ANDREW T. SWEENEY (AS-0724)
                                    Attorney for Defendant–Counterclaimant,
                                    GMA Accessories, Inc.
                                    40 Wall Street, 61st Floor
                                    New York, New York 10005
                                    (212) 530-4400