

search: [        ] go!



**Children's Shoes**
**Men's Shoes**
**Women's Shoes**

## - Frye Boots Women's Charlotte Flower -

Ads by Google

**ShoeTrader.com**
Free Shipping & Great Prices On All Top-Quality Shoes, Shop & Save Now!
www.ShoeTrader.com

**Wholesale Shoes**
Wholesale Shoes starting at $2.50 First quality shoes, dress sandals
www.wholesalecloseoutshoes.com

**Bucci Xchange**
Large Selection of Exotic Shoes Great Discounts
www.buccixchange.com

**Buy Shoes - All Styles**
Free Shipping. No Tax. All Sizes. Plus Free Returns & Great Savings.
www.shoebuy.com

**The Walking Company**
The Biggest Footwear Brands From Around the World. Buy Online Today!
thewalkingcompany.com



🔍 Large View

| | |
|---|---|
| **Brand:** | Frye |
| **Feature:** | • Heel Height 2 inches
• Cut out flower detail
• Neoprene Oil Resistant Rubber Sole provides excellent traction
• Goodyear Welt system that allows air interchange within the footwear offering remarkable strength and matchless durability
• Cushioned Poron Insoles offers superior cushioning and resists bacterial growth |
| **Sales Rank:** | 303719 |



### Editorial reviews:

**Product Description**
NEW Frye Charlotte Flower Mules or Clogs. All leather Uppers. Skid Resistant Sole. NEW IN BOX

### Browsenodes:

Home >>> Women's Shoes >>> Clogs
Home >>> Women's Shoes >>> Slides & Mules >>> Casual & Comfort



SEARCH | All Designers | All Categories | All Sizes

HOME · SHOPPING CART · MY ACCOUNT · CUSTOMER SERVICE · STORE LOCATOR · PRESS · ON SALE

E-Mail Updates • Get The News
more...

SHOP BY CATEGORY
SHOP BY DESIGNER

> Andre Assous
> Anne Klein New York Evening
> Aquatalia by Marvin K.
> Ash
> BC Footwear
> Belle by Sigerson Morrison
> Bernardo Sandals
> Betsey Johnson
> Beverly Feldman
> Birkenstock Sandals
> Blowfish
> Casadei
> Chie Mihara
> Chinese Laundry
> Chloe
> Chooka Boots
> Claudia Ciuti
> Cole Haan Women's
> Converse Women's
> Cordani
> daniblack
> Dansko Clogs
> DKNY
> Dolce Vita
> Donald J. Pliner Women's
> Dyeables
> Ed Hardy
> Edoche Boots
> Eric Javits
> Eric Michael
> Fernando Pensato
> Fiorentini & Baker
> Franco Sarto
> French Sole
> Frye Women's
> Giuseppe Zanotti Design
> Handbags
> Havaianas Sandals
> Hot Sox
> Hunter Boots
> Jack Rogers Sandals
> Jack Rogers Sandals for Kids
> Jacques Levine
> Jeffrey Campbell
> Juicy Couture
> Just for Jildor
> Justin Boots
> Kai-Kai Women's Sandals
> Kate Spade
> Keen

# Frye Women's

The Charlotte Ring Brown Clog by Frye Women's is a popular choice. Boots from Frye. An American tradition of quality boots since 1863.
More About Frye Women's

HOME > Frye Women's > Charlotte Ring Brown Clog



PREVIOUS     BACK TO COLLECTION     NEXT

**Frye Women's - Charlotte Ring Brown Clog**
87-7319, 20-874
Brown clog on a 3' leather covered heel with 3/4" platform. Rolled welt with stictching detail, brass ring and rivet trim. Rubber soles, leather upper and full leather lining.

We suggest ordering a 1/2 size smaller in this style.

| Original | Sale |
|---|---|
| $115.00 | $74.75 |

COLOR: [Select Color]
SIZE: [Select Size]
QUANTITY: [1]

ADD TO CART

SEND TO A FRIEND

YOU MAY ALSO LIKE:



**Frye Women's**
Belted Harness Mule Distressed Brown



**KORS Michael Kors**
Wellesley Chocalate Suede

