

## CHARLOTTE BRAID CLOG
## *$140*

SIZES: WOMENS M 5½-10,11

**BACK TO FRYE** >>

**NEXT SHOE** >>

Shoe width Medium
Leather sole
3" Heel



SIENNA LEATHER

---

DO WE HAVE YOUR SIZE IN STOCK?
E-MAIL US: sales@topsforshoes.com
Tops for shoes will only ship orders within the USA

Call 1-888-644-8677 to place an order or to make inquiries.
Our Customer Service Representatives will be happy to assist you!

Monday through Saturday from 10 a.m. to 6 p.m. Not all shoes are available in all colors and sizes.



Click the logo above to go to our Home Page !

all contents copyright © 1999, tops for shoes, inc., asheville, nc
contact: sales@topsforshoes.com or 828-254-6721.