IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMLAR CORPORATION d/b/a The Frye Company, | ) ) ) |
| Plaintiff, | ) ) |
| against. | ) Civil Action No. 07 Civ. 8622 (SHS) |
| GMA ACCESSORIES, INC., | ) ) ) |
| Defendant | ) ) ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

### RULE 16 [PROPOSED] SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) November 28, 2007.

2. **Joinder of Other Parties and Amendments to Pleadings.** All motions to join other parties and to amend pleadings shall be filed on or before January 15, 2008.

3. **Additional Discovery.** Exchange and completion of all fact and contention interrogatories, document production, depositions of fact witnesses and other fact discovery shall be completed by ~~July 15,~~ April 15, 2008.

   (a) Maximum of 25 interrogatories, including contention interrogatories, for each side.

   (b) Maximum of 50 requests for admission by each side.

   (c) Maximum of 10 depositions for each side.

   (d) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) to

be exchanged simultaneously by ~~August 15~~ May 10, 2008. Reply expert reports are due from each side by ~~September 15~~ June 13, 2008.

(e) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties or ordered by the Court. All expert discovery shall be completed within 45 days after the deadline for rebuttal reports.

~~4. Non-Dispositive Motions. Any non-case dispositive motions to be filed by November 1, 2008.~~

~~5. Case Dispositive Motions. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before December 1, 2008.~~

6. Pretrial Conference and Trial.

(a) ~~The Pretrial~~ A status Conference will take place on April 25, 2008 at 10 A.M.

~~(b) The Trial will take place on_____~~


_____
Robert L. Epstein, Esq. (RE8941)
Epstein Drangel Bazerman & James LLP
Attorney for Plaintiff
JIMLAR CORPORATION
d/b/a The Frye Company
60 East 42nd Street, Suite 820
New York, NY 10165

_____
Andrew T. Sweeney, Esq. (AS-0724)
The Bostany Law Firm
Attorney for Defendant
GMA ACCESSORIES, INC.
40 Wall Street, 61st Floor
New York, NY 10005


11/__/07
Date

_____
United States District Judge