01/10/2008 17:44  2122520591          EPSTEIN DRANGEL BAZE              PAGE 06/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
───────────────────────────────────────
JIMLAR CORPORATION d/b/a The Frye     )
Company,                              )
                                      )
        Plaintiff-counterclaim defendant )
                                      )
        against.                      )   Civil Action No. 07 Civ. 8622 (SHS)
                                      )
GMA ACCESSORIES, INC.,                )   STIPULATION + ORDER
                                      )
        Defendant - counterclaimant   )
                                      )
───────────────────────────────────────
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

WHEREAS, at a pre-trial conference held on December 14, 2007, the time for plaintiff to file a motion to join additional parties was set at January 15, 2008, and

WHEREAS, the parties entered into settlement discussions and on January 10, believed that they would be able settle and agreed at that time to stipulate to extend the time for plaintiff to file its motion by 2 weeks, and for good cause shown, it is

ORDERED, that the plaintiff may move to amend on or before January 30, 2008.

_____
Robert L. Epstein, Esq.
Epstein Drangel Bazerman & James LLP
Attorney for JIMLAR CORPORATION
d/b/a The Frye Company
60 East 42nd Street, Suite 820
New York, NY 10165

_____
Crystal S.A. Scott, Esq.
The Bostany Law Firm
Attorney for Defendant-Counterclaimant
GMA ACCESSORIES, INC.
40 Wall Street, 61st Floor
New York, NY 10005

1/22/08
Date

_____
Hon. Sidney H. Stein
United States District Judge