JAN-23-2008 WED 03:08 PM    BOSTANY LAW FIRM         FAX No. 212 530 4413            P. 001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMLAR CORPORATION d/b/a The Frye Company,

    Plaintiff-counterclaim defendant,

against

GMA ACCESSORIES, INC.,

    Defendant-counterclaimant.

Civil Action No. 07 Civ. 8622 (SHS)

REVISED STIPULATION and ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/08

(this Order is re-issued due to a typo in the parties' first proposed order, i.e., plaintiff should have been counterclaimant)

WHEREAS, at a pre-trial conference held on December 14, 2007, the time for counterclaimant to file a motion to join additional parties was set at January 15, 2008, and

WHEREAS, the parties entered into settlement discussions and on January 10, believed that they would be able settle and agreed at that time to stipulate to extend the time for counterclaimant to file its motion by 2 weeks, and for good cause shown, it is

ORDERED, that the counterclaimant may move to amend on or before January 30, 2008.

_____
Robert L. Epstein, Esq.
Epstein Drangel Bazerman & James LLP
Attorney for JIMLAR CORPORATION
d/b/a The Frye Company
60 East 42nd Street, Suite 820
New York, NY 10165

_____
Crystal S.A. Scott, Esq.
The Bostany Law Firm
Attorney for Defendant-Counterclaimant
GMA ACCESSORIES, INC.
40 Wall Street, 61st Floor
New York, NY 10005

2/4/08
Date

_____
Hon. Sidney H. Stein
United States District Judge