```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

JIMLAR CORPORATION d/b/a
THE FRYE COMPANY,

        Plaintiff and
        Counterclaim-defendant,

    - against -

GMA ACCESSORIES, INC.,

        Defendant and
        Counterclaimant.
----------------------------------------x

07 Civ 8622 (SHS)(DFE)

ORDER OF DISCONTINUANCE

This is an ECF case.

    The parties having reached a resolution of this action, and the parties having agreed to this order, and the parties having consented to Magistrate Judge Eaton's jurisdiction for the limited purpose of entering this order, (including all claims and counterclaims)

    IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that on or before March 28, 2008 the counterclaimant may apply to Magistrate Judge Eaton by letter (by fax and by mail) for restoration of the action to the calendar if the settlement is not effected, in which event the action will be restored to the calendar of the District Judge.

    SO ORDERED.

                                  /s/ Douglas F. Eaton
                                  DOUGLAS F. EATON
                                  United States Magistrate Judge

Dated:    New York, New York
            February 26, 2008